UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-70-F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GORDON R. HINES, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's request for reinstatement of federal benefits. Hines was adjudged permanently ineligible for all federal benefits pursuant to 21 U.S.C. § 862(a)(1)(C) on November 22, 1993 because his criminal record contained three or more convictions for distributing controlled substances. Section 862(c) of Title 21, United States Code, provides that the court may suspend the period of ineligibility if the Defendant completes a supervised drug rehabilitation program after becoming ineligible. 21 U.S.C. § 862(c). Hines has submitted documentation to the court that he has completed a supervised drug rehabilitation program. Notably, Hines has also submitted documentation that he satisfied all the terms and conditions of his supervised release after he was released from Federal Prison, which included random drug screens and participation in a drug treatment program.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Hines's eligibility for federal benefits is REINSTATED as of the date of this order. The Clerk of Court is DIRECTED to mail a copy of this order to Hines.

SO ORDERED.

This the 5th day of August, 2013.

_____
JAMES C. FOX
Senior United States District Judge